[Cite as *08/11/2003 Case Announcements,* 2003-Ohio-4223.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 11, 2003*

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2003–1222.  **State ex rel. Bray v. Indus. Comm.**
Franklin App. No. 02AP–939, 2003-Ohio-2885.

2003–1226.  **State ex rel. Wheeler v. Indus. Comm.**
Franklin App. No. 02AP–865, 2003-Ohio-3120.

2003–1242.  **State ex rel. Baker Concrete Constr., Inc. v. Indus. Comm.**
Franklin App. No. 02AP–989, 2003-Ohio-2883.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2003–1158.  **State ex rel. Bowen v. Do It Best Corp.**
Franklin App. No. 02AP–890, 2003-Ohio-2943.

[Cite as *08/14/2003 Case Announcements,* 2003-Ohio-4283.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 14, 2003*

## MOTION AND PROCEDURAL RULINGS

2003–1299.  **State ex rel. Savage v. Caltrider.**
Franklin App. No. 02AP–453. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. On August 5, 2003, appellee filed a motion to dismiss the appeal for failure of the appellant to file a memorandum in support of jurisdiction. Because this case originated in the court of appeals and is an appeal of right under S.Ct.Prac.R. II(1)(A), a memorandum in support of jurisdiction is not required. Accordingly,
IT IS ORDERED by the court that appellee's motion to dismiss be, and hereby is, denied.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2003–1305.  **State ex rel. Jordan v. Indus. Comm.**
Franklin App. No. 02AP–1110, 2003-Ohio-2945.